UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JOERN WETTERN, | Civil No. 3:21-CV-00529-AC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Pursuant to the parties' stipulated motion to reopen this case and dismiss, the Court hereby ORDERS that Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 24th day of September, 2024.

_____
Hon. Jeff Armistead
United States Magistrate Judge